**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

|  |  |
|---|---|
| UNITED STATES OLYMPIC AND PARALYMPIC COMMITTEE,<br><br>    Plaintiff,<br><br>v.<br><br>THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A HERETO,<br><br>    Defendants. | **Civil Action No.: 1:24-cv-11517**<br><br>District Judge Martha M. Pacold<br><br>Magistrate Judge Maria Valdez |

**ORDER GRANTING MOTION FOR**
**EXPEDITED DISCOVERY AND ELECTRONIC SERVICE**

THIS CAUSE being before the Court on Plaintiff United States Olympic and Paralympic Committee (the "USOPC" or "Plaintiff") Motion for Expedited Discovery and Motion for Electronic Service of Process (the "Motion") against the online marketplace storefronts identified in Schedule A below, and this Court having heard the evidence before it hereby GRANTS Plaintiff's Motion in part. Accordingly, this Court orders that:

1.    Upon Plaintiff's request, any third party with actual notice of this Order who is providing services for the Defendants, or in connection with the Online Marketplace, including, without limitation, any online marketplace platforms

such as Walmart.com or Amazon.com, (the "Third Party Providers") shall, within seven (7) calendar days after receipt of such notice, provide to Plaintiff expedited discovery, including copies of all documents and records in such person's or entity's possession or control relating to:

a. the identities and locations of Defendants, their affilates, officers, agents, servants, employees, attorneys, confederates, and any persons acting in concert or participation with them, including all known contact information and all associated e-mail addresses.

2. Plaintiff may provide notice of these proceedings to Defendants, including service of process pursuant to Fed. R. Civ. P. 4(f)(3), and any future motions, by electronically publishing a link to the Amended Complaint, this Order, and other relevant documents on a website, and by sending an e-mail with a link to said website to the e-mail addresses provided for Defendants by third parties. The Clerk of the Court is directed to issue a single original summons in the name of "ADthem and all other Defendants identified in the Complaint" that shall apply to all Defendants. The combination of providing notice via electronic publication and e-mail shall constitute notice reasonably calculated under all circumstances to apprise Defendants of the pendency of the action and afford them the opportunity to present their objections.

Date: February 5, 2025                                   /s/Martha M. Pacold

2

## SCHEDULE A

| No | Seller Name | Store URL |
|---|---|---|
| 1 | ADthem | https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A2QV958MC72PUT&asin=B0D4M8T46C&ref_=dp_merchant_link |
| 2 | Anqing Xingshi Trading Co., Ltd. | https://www.amazon.com/sp?ie=UTF8&seller=A3C5JZBDY22JTJ&asin=B0B |
| 3 | Baocaosulong | https://www.amazon.com/sp?ie=UTF8&seller=AKT09GEV4N47R&asin=B0CSDRTMK2&ref_=dp_merchant_link |
| 4 | BaoFengXianJunPengJiaJu | https://www.amazon.com/sp?ie=UTF8&seller=A1GU48UEQHCSA6&asin=B0D1YBS516&ref_=dp_merchant_link |
| 5 | bi789 | https://www.amazon.com/sp?ie=UTF8&seller=A2MPWI3KLQB3AL&asin=B0D92BTBCH&ref_=dp_merchant_link |
| 6 | bin fen Method poster | https://www.amazon.com/sp?ie=UTF8&seller=A32FZVISNVI0B8&asin=B0D6YXTFD8&ref_=dp_merchant_link |
| 7 | Buzi.wind | https://www.amazon.com/sp?ie=UTF8&seller=A238U30UKP6IW6&asin=B0BTB3QHC6&ref_=dp_merchant_link |
| 8 | caffeine | https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A2YSP9NUH8XKDZ&asin=B0CZ94PSMH&ref_=dp_merchant_link |
| 9 | Caizhizhi | https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A27SFRB8JJC39I&asin=B0D8GSLQGM&ref_=dp_merchant_link |
| 10 | changshajunyouwangluokejiyouxiangongsi | https://www.amazon.com/sp?ie=UTF8&seller=A1B5WGE23FI90V&asin=B0BY5NLHGF&ref_=dp_merchant_link |
| 11 | Chengdumingzhidaolaowuyouxiangongsi | https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=AB6JG34DNVTSC&asin=B0D81C8F51&ref_=dp_merchant_link |
| 12 | Cicilihua | https://www.amazon.com/sp?ie=UTF8&seller=A1BKTMFU0568RW&asin=B0D5R7GJ95&ref_=dp_merchant_link |

4924-4819-2276.1

| No | Seller Name | Store URL |
|---|---|---|
| 13 | Deng Hongxiang | https://www.amazon.com/sp?ie=UTF8&seller=A2NCDJCMJ93DHY&asin=B0CKLCN986&ref_=dp_merchant_link&isAmazonFulfilled=1 |
| 14 | fengranwangluo | https://www.amazon.com/sp?ie=UTF8&seller=A3UMKKGYVQL5CI&asin=B0C3F3DJPQ&ref_=dp_merchant_link |
| 15 | forever poster | https://www.amazon.com/sp?ie=UTF8&seller=A3MPBJCMXZ9L5Y&asin=B0D7S7JCZ2&ref_=dp_merchant_link&isAmazonFulfilled=1 |
| 16 | foshanshijiangyudaoshangmaoxing | https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=AMORG0WRXLNF1&asin=B0D47F9T4Y&ref_=dp_merchant_link |
| 17 | Fuqianart | https://www.amazon.com/sp?ie=UTF8&seller=A30LT1E3GOKH95&asin=B0D28XQ3YS&ref_=dp_merchant_link |
| 18 | genbmw | https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=API7E2PBBZ3ZK&asin=B0D4R4KDZY&ref_=dp_merchant_link |
| 19 | guangzhouniduanshangmaoyouxiangongsi | https://www.amazon.com/sp?ie=UTF8&seller=A5O4AXTEXJNCE&asin=B0D97TZDZL&ref_=dp_merchant_link |
| 20 | GUANMING_Painting Art | https://www.amazon.com/sp?ie=UTF8&seller=A1DGTRET5JA249&asin=B09P57NX4S&ref_=dp_merchant_link |
| 21 | GUOTONG1993 | https://www.amazon.com/sp?ie=UTF8&seller=A3NP9AV8DBIDMT&asin=B0D3TPJLW2&ref_=dp_merchant_link |
| 22 | hefeiliaomeiqidianzishangwuyouxiangongsi | https://www.amazon.com/sp?ie=UTF8&seller=A3M496OT2PB4QO&asin=B0D8WRQMYT&ref_=dp_merchant_link |
| 23 | helocity | https://www.amazon.com/sp?ie=UTF8&seller=A1YBVW43M5B4V8&asin=B0CG9XVR61&ref_=dp_merchant_link |
| 24 | Herage | https://www.amazon.com/sp?ie=UTF8&seller=A2Q6DTP11UU4UC&asin=B08GPCZ15V&ref_=dp_merchant_link |
| 25 | huangjian art | https://www.amazon.com/sp?ie=UTF8&seller=A3TX6ZE15JZIVW&asin=B0D8P5BB42&ref_=dp_merchant_link |

4

| No | Seller Name | Store URL |
|---|---|---|
| 26 | I'm a big shot in the field | https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A3513YAFVR6SPE&asin=B0D47VS946&ref_=dp_merchant_link |
| 27 | ichigoPL | https://www.amazon.com/sp?ie=UTF8&seller=A16PL02PQ1UCS9&asin=B0CBHQM322&ref_=dp_merchant_link |
| 28 | RESERVED | |
| 29 | Jieti Baoluo | https://www.amazon.com/sp?ie=UTF8&seller=A1HH5L5P20UDNP&asin=B0D2WFXJTH&ref_=dp_merchant_link |
| 30 | JOTOMA | https://www.amazon.com/sp?ie=UTF8&seller=A1RY4HKRYVG7TY&asin=B0D54S5MC4&ref_=dp_merchant_link |
| 31 | keopst | https://www.amazon.com/sp?ie=UTF8&seller=AMKZFXM61MH96&asin=B0C3DX9T4R&ref_=dp_merchant_link |
| 32 | Know me | https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A9O2WI0S1HLYR&asin=B0D1V5MKMB&ref_=dp_merchant_link&isAmazonFulfilled=1 |
| 33 | liaozibin | https://www.amazon.com/sp?ie=UTF8&seller=A2CUB171IP7AEV&asin=B0CYZL73G5&ref_=dp_merchant_link |
| 34 | linyi112233 | https://www.amazon.com/sp?ie=UTF8&seller=A2XMO6OEDWL2PT&asin=B0D6LKQFDM&ref_=dp_merchant_link |
| 35 | litianchuan | https://www.amazon.com/sp?ie=UTF8&seller=AXCVTM4NHDIUQ&asin=B0BM61NMHT&ref_=dp_merchant_link |
| 36 | Longyan City Xinluo district Angqun trading Co., LTD | https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A3GP1ZGASW8O2A&asin=B0D692D16D&ref_=dp_merchant_link |
| 37 | LongYanShiXinLuoQuLeHuaShiZaDian | https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A1UEV266YJUB2X&asin=B0D5B1HND5&ref_=dp_merchant_link |
| 38 | longyanshixinluoquLongfengJiexinmaoyi Co., LTD | https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A3GSZB0D7QBV62&asin=B0D5BWMX2V&ref_=dp_merchant_link |

4924-4819-2276.1

| No | Seller Name | Store URL |
|---|---|---|
| 39 | lseneing | https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A1GAQF691HRJF4&asin=B0D53YPTVN&ref_=dp_merchant_link |
| 40 | LuJinmfglks | https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A2TSLDOEP4K8TM&asin=B0CS6CMTG6&ref_=dp_merchant_link |
| 41 | LuYongXiaoDian | https://www.amazon.com/sp?ie=UTF8&seller=A3SU0B91I9HAX2&asin=B0BY5NLHGF&ref_=dp_merchant_link |
| 42 | LvXiaoHong001 | https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A3DY8EM36MXKPD&asin=B0D4HSX42P&ref_=dp_merchant_link |
| 43 | MAI KE XIN XI | https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A2S8ASITFGX7LZ&asin=B0D47943SD&ref_=dp_merchant_link |
| 44 | matengteng2024 | https://www.amazon.com/sp?ie=UTF8&seller=A59IM7IZXZ7OC&asin=B0D4PFRPCK&ref_=dp_merchant_link |
| 45 | maverick poster | https://www.amazon.com/sp?ie=UTF8&seller=A3IRIG8U2ZHB6E&asin=B0D3PSR64F&ref_=dp_merchant_link |
| 46 | mazetian2024 | https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A2053V3LX2MW2R&asin=B0D9JX6CTT&ref_=dp_merchant_link |
| 47 | MEIYU ART | https://www.amazon.com/sp?ie=UTF8&seller=A1HVU4MSJO4PLZ&asin=B0CP15XKCK&ref_=dp_merchant_link |
| 48 | Ningang Trading | https://www.amazon.com/sp?ie=UTF8&seller=A2FAGGVVP48HS1&asin=B0CN6W4GLQ&ref_=dp_merchant_link |
| 49 | OuShen LLC | https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A388Z9V7M7IRE6&asin=B0D6FFVZ91&ref_=dp_merchant_link&isAmazonFulfilled=1 |
| 50 | penghehuo | https://www.amazon.com/sp?ie=UTF8&seller=A2TCYHB5CHXQPO&asin=B0D9D19W2W&ref_=dp_merchant_link |

6

| No | Seller Name | Store URL |
|----|-------------|-----------|
| 51 | Ping Ping Art | https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A3SACL6TS807RY&asin=B0D7WHN4CQ&ref_=dp_merchant_link |
| 52 | PING01 | https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A1WX9NB2Y0I9FJ&asin=B0D4PKSK2J&ref_=dp_merchant_link |
| 53 | PingDingChaoTian ShangMaoYouXian GongSi | https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A2VBQJYEGCQUDW&asin=B0D4HRXKVW&ref_=dp_merchant_link |
| 54 | Popo poster | https://www.amazon.com/sp?ie=UTF8&seller=A2SMKC574QHFPL&asin=B0D4QYVPCD&ref_=dp_merchant_link |
| 55 | putianchengxiangq uchangxikuibaihuo shanghang | https://www.amazon.com/sp?ie=UTF8&seller=ABIYLYB7HPNF&asin=B09LQRGL6X&ref_=dp_merchant_link |
| 56 | putianlichenghuich enyunmaoyiyouxia ngongsi | https://www.amazon.com/sp?ie=UTF8&seller=A39OETENRBN925&asin=B0D3PCGCV1&ref_=dp_merchant_link |
| 57 | QINGQING ART | https://www.amazon.com/sp?ie=UTF8&seller=A37LKSBZLC3RNC&asin=B0BWSFP2FT&ref_=dp_merchant_link |
| 58 | Qiu Hengyu Cross-border Electronics | https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=AT50ZFBLMP0PZ&asin=B0C53RSQ6X&ref_=dp_merchant_link |
| 59 | qujingsafeidianzish angwushangmaoyo uxiangongsi | https://www.amazon.com/sp?ie=UTF8&seller=A2TIUPIVHGSQQO&asin=B07VN2WWYG&ref_=dp_merchant_link |
| 60 | Saint Fuller | https://www.amazon.com/sp?ie=UTF8&seller=AAPGNVUXBRVE9&asin=B0CM6GLXY8&ref_=dp_merchant_link |
| 61 | shenghai poster | https://www.amazon.com/sp?ie=UTF8&seller=A1IFE3GQ4NU27N&asin=B0D3LZBXJM&ref_=dp_merchant_link |
| 62 | shuifuyaqiaoshang maoyouxiangongsi | https://www.amazon.com/sp?ie=UTF8&seller=ALFVWD8KXOLJK&asin=B0BY6P9YGL&ref_=dp_merchant_link |

7

| No | Seller Name | Store URL |
|---|---|---|
| 63 | Sun Wei Store | https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A29ZDB4Z0AP2E8&asin=B0CP1MPPLM&ref_=dp_merchant_link |
| 64 | suncongshihaojunfushi | https://www.amazon.com/sp?ie=UTF8&seller=A3EASIF2JVAZUG&asin=B0D4QT17ZD&ref_=dp_merchant_link |
| 65 | taiyuanshixianxueshangmaoyouxiangongsi | https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=ALKRVVW1UCE6F&asin=B0D45BZ3KF&ref_=dp_merchant_link |
| 66 | taiyuanshixuejiaweishangmaoyouxiangongsi | https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A1DG18YBMRZPHC&asin=B0D4HRXSSC&ref_=dp_merchant_link |
| 67 | tax | https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A2M6XW54K3GHBI&asin=B0D7PVGY8T&ref_=dp_merchant_link |
| 68 | The Kitchen Storen | https://www.amazon.com/sp?ie=UTF8&seller=A32GJMXMTRLRD4&asin=B0BDY6FFL9&ref_=dp_merchant_link |
| 69 | TIANMEIHAIBAO | https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A2Z0T1R5FFCUP7&asin=B0D8B6W2J4&ref_=dp_merchant_link |
| 70 | TONG ZHI RUAN JIAN YOU XIAN GONG SI | https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A1Y6RHVCIMFING&asin=B0D3XKN2L5&ref_=dp_merchant_link |
| 71 | tuxiaoyan | https://www.amazon.com/sp?ie=UTF8&seller=A14XVZJ5B1CJQ7&asin=B0D1P8R5JJ&ref_=dp_merchant_link |
| 72 | US YUQIN | https://www.amazon.com/sp?ie=UTF8&seller=A39MVGXIRQG76M&asin=B0D91SHJBX&ref_=dp_merchant_link |
| 73 | wangdongshanghang | https://www.amazon.com/sp?ie=UTF8&seller=A2QTI8PNBX0PWQ&asin=B0D2X53YH7&ref_=dp_merchant_link |
| 74 | wanghui2020 | https://www.amazon.com/sp?ie=UTF8&seller=A2PKMPY2YAE1K9&asin=B0D96KLDZ6&ref_=dp_merchant_link |

8

| No | Seller Name | Store URL |
|---|---|---|
| 75 | Weijin Bin | https://www.amazon.com/sp?ie=UTF8&seller=A1C5PY2ZLXLGTP&asin=B0D1C8M7YG&ref_=dp_merchant_link |
| 76 | WeiYe2002 Poster | https://www.amazon.com/sp?ie=UTF8&seller=A2UAKUTOOI37NV&asin=B0D4J3YHYM&ref_=dp_merchant_link |
| 77 | Weiyin Store | https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A3GHML32DDEYU6&asin=B0D6LCPHS5&ref_=dp_merchant_link&isAmazonFulfilled=1 |
| 78 | wenguoping123 | https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A2C33BCCDZG97C&asin=B0D9JS7ZM5&ref_=dp_merchant_link |
| 79 | WuChengGangMeiZhouDaoShangDeWangLunKeJi | https://www.amazon.com/sp?ie=UTF8&seller=A2KF13AKX9DZ8A&asin=B0BM61NMHT&ref_=dp_merchant_link |
| 80 | Wyuting poster | https://www.amazon.com/sp?ie=UTF8&seller=A2G5L6NLMR7MFT&asin=B0D7P62F97&ref_=dp_merchant_link |
| 81 | wzc1115nmf | https://www.amazon.com/sp?ie=UTF8&seller=A3NTTMNH07LXNJ&asin=B0D65JF2LH&ref_=dp_merchant_link |
| 82 | xiangyangshiyufashangmaoyouxiangongsi | https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A2B2J0DHU19NZ4&asin=B0D4HQC58H&ref_=dp_merchant_link |
| 83 | xiangyinlinhuangyishuhaibao | https://www.amazon.com/sp?ie=UTF8&seller=A2G9Q5EI8WLMPO&asin=B0BSLDJ45V&ref_=dp_merchant_link |
| 84 | xianyouchengtanxumaoyiyouxiangongsi | https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A2BBUPXALSWQH8&asin=B0D7W7W4GN&ref_=dp_merchant_link |
| 85 | xianyoujinglixuanmaoyiyouxiangongsi | https://www.amazon.com/sp?ie=UTF8&seller=A2JZMRE0DPD6C2&asin=B0D8VPBVQN&ref_=dp_merchant_link |
| 86 | xiao gang Related poster | https://www.amazon.com/sp?ie=UTF8&seller=A1KV068MT10XH0&asin=B0D5DMBRWM&ref_=dp_merchant_link |
| 87 | xiao ping Small poster | https://www.amazon.com/sp?ie=UTF8&seller=A2B7NYI8FXGY4X&asin=B0D4ZP1LH2&ref_=dp_merchant_link |

4924-4819-2276.1

| No | Seller Name | Store URL |
|---|---|---|
| 88 | xiaoxiaolong666 | https://www.amazon.com/sp?ie=UTF8&seller=A30QJL2CB7CPUC&asin=B0D9DN5G7H&ref_=dp_merchant_link |
| 89 | XiaYaniMaoYiYou | https://www.amazon.com/sp?ie=UTF8&seller=A1S9VYHLKIDB2A&asin=B095SG6FMS&ref_=dp_merchant_link |
| 90 | xiuwenmaoyi | https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A10Y6TQ01AJGIG&asin=B0D54864XY&ref_=dp_merchant_link |
| 91 | Xoadf | https://www.amazon.com/sp?ie=UTF8&seller=A9N8NO667GYZA&asin=B0D1K55LFD&ref_=dp_merchant_link |
| 92 | xumingqiang | https://www.amazon.com/sp?ie=UTF8&seller=A259VBP7QS1Z53&asin=B0D969D4MY&ref_=dp_merchant_link |
| 93 | ya ling Principle poster | https://www.amazon.com/sp?ie=UTF8&seller=AS3G67JB0LU8D&asin=B0D4J82QBG&ref_=dp_merchant_link |
| 94 | yangjiangshizhanglinruoshangmaoyouxiangongsi | https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A108OLHVI1VAUA&asin=B0D4958JZT&ref_=dp_merchant_link |
| 95 | Yanglinlin | https://www.amazon.com/sp?ie=UTF8&seller=A14BBOAOOPOEHA&asin=B0CKL9Z9DN&ref_=dp_merchant_link&isAmazonFulfilled=1 |
| 96 | YanZhibindrfty | https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A3OLCV1BWGXL7V&asin=B0CJQ1DYB2&ref_=dp_merchant_link |
| 97 | Yongji city bingxi information technology co., ltd | https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A3L4S9WWOD2CKS&asin=B0C95VZP13&ref_=dp_merchant_link |
| 98 | YONGWANG ZHIQIAN SHOP | https://www.amazon.com/sp?ie=UTF8&seller=A1HSKFDYT7GW5I&asin=B09C2P8YV9&ref_=dp_merchant_link |
| 99 | yu wei Eternal poster | https://www.amazon.com/sp?ie=UTF8&seller=A2PJU5PGNFXNZH&asin=B0D91N84GT&ref_=dp_merchant_link |
| 100 | Yu Yipengp | https://www.amazon.com/sp?ie=UTF8&seller=AOZ783Y6O845N&asin=B0CN1NY9RT&ref_=dp_merchant_link |

4924-4819-2276.1

| No | Seller Name | Store URL |
|----|-------------|-----------|
| 101 | Yuansun | https://www.amazon.com/sp?ie=UTF8&seller=A2HGQGLJU85PP7&asin=B0B465P3P2&ref_=dp_merchant_link |
| 102 | yuanyuanwujindian | https://www.amazon.com/sp?ie=UTF8&seller=A32D8DY9QV4H11&asin=B09ZVKC9KL&ref_=dp_merchant_link |
| 103 | yulin6666 | https://www.amazon.com/sp?ie=UTF8&seller=A2X3Y5EGK6JX0U&asin=B0D928QDZT&ref_=dp_merchant_link |
| 104 | yuxihongtaquhuigaoshangmaoyouxiangongsi | https://www.amazon.com/sp?ie=UTF8&seller=ALOB6GIVVI95L&asin=B07VN2WWYG&ref_=dp_merchant_link |
| 105 | Yuxuanzen | https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A2PG2395T8N8C&asin=B0D44DTJZX&ref_=dp_merchant_link |
| 106 | Yyanni poster | https://www.amazon.com/sp?ie=UTF8&seller=A1IG6WIAN63FFL&asin=B0D5W69NJM&ref_=dp_merchant_link |
| 107 | zhangdeleisa2024 | https://www.amazon.com/sp?ie=UTF8&seller=AKAQ2M4RTFVKG&asin=B0D429KJB9&ref_=dp_merchant_link |
| 108 | ZhangLeiHFKJFHIOFHGZSAE | https://www.amazon.com/sp?ie=UTF8&seller=A2IHA6QSYKXO52&asin=B0BG8XPWSH&ref_=dp_merchant_link |
| 109 | zhangweixiong6868 | https://www.amazon.com/sp?ie=UTF8&seller=A1W3AHS6L9TXLX&asin=B0D53YZXLZ&ref_=dp_merchant_link |
| 110 | Zhen-Yi Wall Art Store | https://www.amazon.com/sp?ie=UTF8&seller=A6PCJ2CGV1DN3&asin=B0D3QLPYJ7&ref_=dp_merchant_link |
| 111 | zhenghuihui1234 | https://www.amazon.com/sp?ie=UTF8&seller=A2HIWNNDSRJAKI&asin=B0BM61NMHT&ref_=dp_merchant_link |
| 112 | ZHIMIN Art | https://www.amazon.com/sp?ie=UTF8&seller=AXY9TX5Z65DJG&asin=B0D3H4MVMF&ref_=dp_merchant_link |
| 113 | zhou ying Film poster | https://www.amazon.com/sp?ie=UTF8&seller=A3OP6R3RCLDUJQ&asin=B0D4MHGGT8&ref_=dp_merchant_link |
| 114 | zyj1barrel | https://www.amazon.com/sp?ie=UTF8&seller=A3HY0CGHTWDIZ4&asin=B0D4HDBSSH&ref_=dp_merchant_link |

4924-4819-2276.1

| No | Seller Name | Store URL |
|---|---|---|
| 115 | ZYYYY | https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A1VS1CHMYLJRHE&asin=B0D87YS8C5&ref_=dp_merchant_link |
| 116 | 定安灵雨露商贸有限公司 | https://www.amazon.com/sp?ie=UTF8&seller=A3VVJ3XNZIB43Z&asin=B0BVYCJ5R1&ref_=dp_merchant_link |

12