IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OLYMPIC AND PARALYMPIC COMMITTEE,<br><br>　　　　Plaintiff,<br><br>v.<br><br>THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A HERETO,<br><br>　　　　Defendants. | Case No.: 1:24-cv-11517<br><br>District Judge Martha M. Pacold<br><br>Magistrate Judge Maria Valdez |

## NOTICE OF DISMISSAL UNDER RULE 41(a)(1)

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff United States Olympic and Paralympic Committee hereby dismisses this action with prejudice as to the defendant(s) identified below. The parties shall bear their own attorney's fees and costs.

| No | Seller Name | Seller ID |
|---|---|---|
| 4 | BaoFengXianJunPengJiaJu | A1GU48UEQHCSA6 |
| 49 | OuShen LLC | A388Z9V7M7IRE6 |

DATED: March 28, 2025　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　*/s/ Peter Krusiewicz*
　　　　　　　　　　　　　　　　　　　　Matthew A. Werber (Ill. # 6287658)
　　　　　　　　　　　　　　　　　　　　mwerber@nixonpeabody.com
　　　　　　　　　　　　　　　　　　　　Peter Krusiewicz (Ill. # 6342444)
　　　　　　　　　　　　　　　　　　　　pkrusiewicz@nixonpeabody.com
　　　　　　　　　　　　　　　　　　　　**NIXON PEABODY LLP**
　　　　　　　　　　　　　　　　　　　　70 W. Madison St., Suite 5200
　　　　　　　　　　　　　　　　　　　　Chicago, IL 60602

- 2 -

Tel: (312) 977-4400
Fax: (312) 977-4405

***ATTORNEYS FOR PLAINTIFF***