IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OLYMPIC AND PARALYMPIC COMMITTEE,<br><br>  Plaintiff,<br><br>v.<br><br>THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A HERETO,<br><br>  Defendants. | Case No.: 1:24-cv-11517<br><br>District Judge Martha M. Pacold<br><br>Magistrate Judge Maria Valdez |

## NOTICE OF SATISFACTION OF JUDGMENT

A Default Judgment Order was entered in the above action in favor of Plaintiff United States Olympic and Paralympic Committee ("Olympic") and against certain defendants remaining in the case at the time of the default judgment. Dkt. 37. Olympic acknowledges payment of an agreed upon damages amount, costs, and interest and desires to release this judgment and hereby fully and completely satisfy the same as to the following Defendant(s).

| No | Seller Name | Seller ID |
|---|---|---|
| 26 | I'm a big shot in the field | A3513YAFVR6SPE |
| 101 | Yuansun | A2HGQGLJU85PP7 |

THEREFORE, full and complete satisfaction of said judgment as to the above-referenced Defendant(s) is hereby acknowledged, and the Clerk of the Court is hereby authorized and directed to make an entry of full and complete satisfaction on the docket of said judgment as to the above-identified Defendant(s).

DATED: May 30, 2025                    Respectfully submitted,

*/s/ Peter Krusiewicz*
Matthew A. Werber (Ill. # 6287658)
mwerber@nixonpeabody.com
Peter Krusiewicz (Ill. # 6342444)
pkrusiewicz@nixonpeabody.com
**NIXON PEABODY LLP**
70 W. Madison St., Suite 5200
Chicago, IL 60602
Tel: (312) 977-4400
Fax: (312) 977-4405

***ATTORNEYS FOR PLAINTIFF***